No. 1413, Misc. HARE *v.* MINNESOTA. Sup. Ct. Minn. Certiorari denied.

No. 1387, Misc. MILLER *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 1404, Misc. KELLY *v.* KANSAS ET AL. C. A. 10th Cir. Certiorari denied.

No. 1406, Misc. BOGART ET UX. *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 1409, Misc. CLARK *v.* LINN, ACTING SHERIFF, ET AL. Sup. Ct. Ind. Certiorari denied.

No. 1416, Misc. MUTCH *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 1418, Misc. ADAMS *v.* ARIZONA ET AL. Sup. Ct. Ariz. Certiorari denied.

No. 1421, Misc. WISLEY *v.* BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 1427, Misc. URBANO *v.* CALISSI ET AL. C. A. 3d Cir. Certiorari denied.

No. 1429, Misc. RILEY *v.* NELSON, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 1480, Misc. McCOLLAUGH *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.